FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30605**
**24-SEP-2013**
**02:27 PM**

NO. 30605

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


PATRICK M. McGRAIL, Petitioner-Appellant
vs.
ADMINISTRATIVE DIRECTOR OF THE COURTS,
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Honolulu Division)
(Case No. JR 1DAA-10-0003 (08-00558))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Opinion of the court, filed on July 17, 2013, is hereby corrected as follows:

1.   On page 2, in the twenty-sixth line, the name "McGrail" should be changed to "McGrail's" so that as corrected, the text reads: ". . . stop of McGrail's car."

2.   On page 5, in the tenth line, the name "Brower" should be changed to "Brouwer" so that as corrected, the text reads: ". . . Officers Cobb-Adams and Brouwer."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 24, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1/] Nakamura, Chief Judge, and Leonard and Reifurth, JJ.